BALLENTINE *et al.*, Plaintiffs in Error, v. PRATT, Defendant in Error.

1. Judgment affirmed.

### *Error to Linn Circuit Court.*

*Shackelford* and *Turner*, for plaintiffs in error.

*E. B. Ewing*, (attorney general,) for defendant in error.

SCOTT, Judge, delivered the opinion of the court.

The instructions have been examined, as well those for the plaintiffs as that for the defendant. The instructions correctly stated the law of the case, and as there was contradictory evidence, it was for the jury to determine its credibility.

Affirmed; Judge Richardson concurs. Judge Napton absent.